# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| HOUSTON KYLE CASS,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>5:23-CV-00178-CAR |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Houston Kyle Cass, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action WITH PREJUDICE.

Respectfully submitted, this __25th__ day of November 2024.

| | |
|---|---|
| **STACEY EVANS LAW** | **ADAMS LAW FIRM** |
| /s/ Stacey G. Evans | /s/ Brian P. Adams |
| Stacey Godfrey Evans | Brian P. Adams |
| Georgia Bar No. 298555 | Georgia Bar No. 142474 |
| Tiffany N. Watkins | Mary Beth Hand |
| Georgia Bar No. 228805 | Georgia Bar No. 322836 |
| John Amble Johnson | |
| Georgia Bar No. 229112 | 598 D.T. Walton Sr. Way |
| | Macon, GA 31201 |
| 729 Piedmont Avenue NE | Telephone: 478-238-0231 |
| Atlanta, GA 30308 | Facsimile: 478-216-9188 |
| Telephone: 404-850-6750 | brian@brianadamslaw.com |
| Facsimile: 404-850-6748 | mbhand@brianadamslaw.com |
| sevans@staceyevanslaw.com | |
| twatkins@staceyevanslaw.com | |
| ajohnson@staceyevanslaw.com | |

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** will be served upon all attorneys in this matter via email or by filing with the Court's CM/ECF system, which will automatically e-mail notification of such filing to:

**ALSTON & BIRD, LLP**

Meaghan G. Boyd
meaghan.boyd@alston.com
Douglas S. Arnold
doug.arnold@alston.com
Jenny A. Hergenrother
jenny.hergenrother@alston.com
Lee Ann Anand
leeann.anand@alston.com
Jenny A. Hergenrother
jenny.hergenrother@alston.com
Sara M. Warren
sara.warren@alston.com
Vickie Chung Rusek
vickie.rusek@alston.com

**JAMES-BATES-BRANNAN-GROOVER-LLP**

Duke R. Groover
dgroover@jamesbatesllp.com
S. Elizabeth Hall
ehall@jamesbatesllp.com
Amanda M. Morris
amorris@jamesbatesllp.com

**ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC**

Richard Robbins
rrobbins@robbinsfirm.com
Josh Belinfante
jbelinfante@robbinsfirm.com

This   25th   day of November 2024.

*/s/ Stacey G. Evans*
Stacey G. Evans